UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:
BRENT FRANKLIN GURLEY
TAMMY JACKSON GURLEY,   CHAPTER 13
                        CASE NO.: 16-03444-5-DMW
    DEBTORS

## MOTION FOR MODIFICATION OF DEBTORS' CHAPTER 13 PLAN

**NOW COME THE DEBTORS,** to move the Court for a modification of their Chapter 13 Plan and in support of said Motion the Debtors respectfully show unto the Court the following:

1. That on the 1st day of July, 2016, the Debtors filed with this Court a petition pursuant to Title 11 U.S.C. Chapter 13 of the United States Bankruptcy. Joseph A. Bledsoe, III has been appointed and is serving as trustee in this matter.

2. That the Debtors' Chapter 13 Plan was confirmed on September 19, 2016.

3. That the Debtors' propose to modify their Chapter 13 Plan to lower the number of months from sixty (60) months to fifty-two (52) months, with the payments of $1,312.00 for forty-six (46) months through May 2020 and $1279.00 for six (6) months beginning June 2020.

4. That the unsecured creditors will be adversely affected by this modification and the payout to creditors be adjusted, if necessary, to accommodate this modification.

**WHEREFORE,** the Debtors pray the Court:

1. That the Debtors be allowed to modify their Chapter 13 Plan to lower the amount of months from sixty(60) months to fifty-two (52) months with the payments to be $1312.00 for forty-six (46) months through May 2020 and $1279.00 for six (6) months beginning June 2020.

2. That the unsecured creditors will be adversely affected by this modification and the payout to creditors be adjusted, if necessary, to accommodate this modification.

3.  For such other and further relief as to the Court may seem just and proper.

This the 17th day of June, 2020.

s/Robert E. Fuller, Jr.
Attorney at Law
NC State Bar # 6158
P.O. Box 1121
Goldsboro, NC 27533-1121
Telephone No.: (919) 735-7496
Fax No.: (919) 735-5077

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:
BRENT FRANKLIN GURLEY
TAMMY JACKSON GURLEY,

DEBTORS

CHAPTER 13
CASE NO.: 16-03444-5-DMW

## NOTICE OF MOTION

TO: STANDING TRUSTEE, CREDITORS AND ALL OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN of the Motion simultaneously herewith by the attorney for the debtor(s) in the above captioned case; and

FURTHER NOTICE IS HEREBY GIVEN that this Motion may be allowed provided no response and request for a hearing is made by the debtor(s), creditor(s), trustee, or other parties in interest, in writing to the Clerk of this Court within twenty-one (21) days from the date of this Notice; and,

FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed by the debtors, creditor(s), trustee, or other parties in interest named herein in writing within the time indicated, a hearing will be conducted on the motion and response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the amended motion and response thereto ex parte without further notice.

Dated: June 17, 2020

s/Robert E. Fuller, Jr.
Attorney at Law
NC State Bar # 6158
P.O. Box 1121
Goldsboro, NC 27533-1121
Telephone No.: (919) 735-7496
Fax No.: (919) 735-5077

## CERTIFICATE OF SERVICE

I, Robert E. Fuller, Jr., certify that on June 17, 2020, a copy of the foregoing Motion was served electronically upon the following:

> Joseph A. Bledsoe, III
> Chapter 13 Trustee

by mailing them at their address, and by serving a copy of the forgoing Motion on the following party in interest by depositing copy hereof in a depository under the exclusive care and custody of the United States Postal Service, postage prepaid, in an envelope addressed as follows:

Brent Franklin Gurley
Tammy Jackson Gurley
Debtors
730 Rodell Barrow Road
La Grange, NC 28551

  AND LIST OF CREDITORS ATTACHED TO ORIGINAL NOTICE OF MOTION AND CERTIFICATE OF SERVICE

  I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 17, 2020

s/Robert E. Fuller, Jr.
Attorney at Law
NC State Bar # 6158
P.O. Box 1121
Goldsboro, NC 27533-1121
Telephone No.: (919) 735-7496
Fax No.: (919) 735-5077

Absolute Collection Service
333 Fayetteville St. Mall
Suite 1100
Raleigh, NC 27601

Absolute Collection Service
421 Fayetteville St. Mall
Suite 600
Raleigh, NC 27601-1792

Ally Financial
PO Box 130424
Roseville, MN 55113-0004

American Management Assoc., LLC
P.O Box 2083
Goldsboro, NC 27533-2083

American Management Associates, LLC
2719 Graves Drive, Unit 11
Post Office Box 2083
Goldsboro, NC 27533

AT&T Bankruptcy Department
P. O. Box 769
Arlington, TX 76004-0769

Atlantic Gastroenterology
2465 Emerald Place
Greenville, NC 27834

Carolina Kidney and Vascular
2809 McLamb Place
Goldsboro, NC 27534

Carrington Mortgage Services, LLC
1600 S. Douglass Road
Anaheim, CA 92806

Chase Receivables
1247 Broadway
Sonoma, CA 95476

Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459

Digestive Disease Center, PA
2705 Medical Office Place
Goldsboro, NC 27534

Direct TV Customer Service
C/O Banruptcy Dept.
P.O. Box 6550
Greenwood Village, CO 80155-6550

Eastern Carolina Surgical Assoc.
2811 McLamb Place
Goldsboro, NC 27534

Eastern Medical Associates, PA
2609 Medical Office Place
Goldsboro, NC 27534-9428

ECU Physicians
Brody School of Medicine
Post Office Box 8168
Greenville, NC 27834-8168

Franklin Collection Service, Inc.
PO Box 3910
Tupelo, MS 38803-3910

GC Services
6330 Gulfton Street
Houston, TX 77081-1108

Goldsboro Emergency Medical Special
P.O. Drawer K
Goldsboro, NC 27533

Goldsboro OB-GYN Associates, PLLC
2608 Hopsital Road
Goldsboro, NC 27534

Goldsboro Orthopaedic Asso.
P.O. Box 1717
Goldsboro, NC 27533-1717

Goshen Medical  Center, Inc.
P.O. Box 187
Faison, NC 28341-0187

Internal Revenue Service
Alamance Building, MS 24
4905 Koger Blvd.
Greensboro, NC 27407-2734

James Lambert, M.D.
130 N. Center Street
Mount Olive, NC 28365

Laboratory Corporation of America
P.O. Box 2240
Burlington, NC 27216-2240

Lendmark Financial Services, LLC
2118 Usher Street
Covington, GA 30014

New Hope Gas
1798 N. Beston Road
La Grange, NC 28551

North Carolina Dept of Revenue
P.O. Box 25000
Raleigh, NC 27640-0001

OneMain Financial Group LLC
asf Wells Fargo Bank, NA
605 Munn Road
Fort Mill, SC 29715

Online Collections
685 W. Fire Tower Road
Winterville, NC 28590

Optimum Outcomes, Inc.
421 Fayetteville St., Ste 600
Raleigh, NC 27601

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Revenue Cycle Solutions
421 Fayetteville, Street
Raleigh, NC 27601-1792

SCA Collections
300 E. Arlington Blvd.
Greenville, NC 27858-5016

Shapiro & Ingle, LLP
Attn: William P. Harris
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216

Southeastern Medical Oncology
203 Cox Blvd
Goldsboro, NC 27534

Spectrum Lab Network
Post Office Box 35907
Greensboro, NC 27425-5907

Transworld Systems
507 Prudential Road
Horsham, PA 19044

Wayne County Tax Department
P.O. Box 1495
Goldsboro, NC 27533-1495

Wayne County Anesthesia Associates
Attn: Legal Dept.
804 Scott Nixon Memorial Dr.
Augusta, GA 30907

Wayne Health Medical
PO Box 250
Beaver, PA 15009

Wayne Health Surgical Asso., LLC
2811 McLamb Place
Goldsboro, NC 27534-1647

Wayne Memorial Hospital
Attn: Dean Tino
P.O. Box 8001
Goldsboro, NC 27533-8001

Wayne Memorial Hospital
Attn: Dean Tino
P.O. Box 8001
Goldsboro, NC 27533-8001

Wayne Pharmacy
2302 Wayne Memorial Drive
Goldsboro, NC 27534

Wayne Radiologists, PA
P.O. Box 1757
Goldsboro, NC 27533-1757

Wells Fargo Dealer Services
PO Box 19657
Irvine, CA 92623-9657