# United States Bankruptcy Court
For The
Eastern District of North Carolina New Bern Division

| | |
|---|---|
| BRENT FRANKLIN & TAMMY JACKSON GURLEY | Case No.: 16-03444-5-DMW |
| 730 RODELL BARROW ROAD | SS #1: XXX-XX-3184 |
| LA GRANGE, NC 28551 | SS #2: XXX-XX-8333 |

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. 07 | DAY 01 | YR. 16 | | The Plan was confirmed on | MO. 09 | DAY 19 | YR. 16 | | The Case was concluded on | MO. 01 | DAY 07 | YR. 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.      $       68,026.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| BRENT FRANKLIN & TAMMY JA | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLY FINANCIAL | 003 | Secured | 10,350.00 | 10,350.00 | 1,380.69 | 0.00 |
| CARRINGTON MORTGAGE SERVI | 800 | Secured | 26,273.25 | 26,273.25 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERV | 036 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WELLS FARGO BANK | 049 | Secured | 15,873.03 | 15,873.03 | 2,117.42 | 0.00 |
| INTERNAL REVENUE SERVICE | 023 | Priority | 1,057.98 | 1,057.98 | 0.00 | 0.00 |
| NC DEPT OF REVENUE | 027 | Unsecured | 219.81 | 4.64 | 0.00 | 215.17 |
| WAYNE COUNTY TAX COLLECTO | 040 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| ATLANTIC GASTROENTEROLOGY | 007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAROLINA KIDNEY & VASCULA | 008 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DIGESTIVE DISEASE CENTER | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| EASTERN CAROLINA SURGICAL | 013 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| EASTERN MEDICAL ASSOCIATE | 014 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ECU PHYSICIANS | 015 | Unsecured | 81.70 | 1.74 | 0.00 | 79.96 |
| FRANKLIN COLLECTON, INC | 016 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GC SERVICE | 017 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GOLDSBORO EMERGENCY MEDIC | 018 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GOLDSBORO EMERGENCY MEDIC | 019 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GOLDSBORO OB GYN ASSOCIAT | 020 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GOLDSBORO ORTHOPEDIC, LLC | 021 | Unsecured | 539.47 | 11.85 | 0.00 | 527.62 |
| GOSHEN MEDICAL CENTER | 022 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| JAMES LAMBERT, MD | 024 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ASHLEY FUNDING SERVICES ( | 025 | Unsecured | 27.03 | 0.59 | 0.00 | 26.44 |
| LABORATORY CORPORATION OF | 026 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NEW HOPE GAS COMPANY, INC | 028 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PRA RECEIVABLES MANAGEMEN | 029 | Unsecured | 8,144.24 | 174.99 | 0.00 | 7,969.25 |
| SOUTHEASTERN ONCOLOGY | 034 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SPECTRUM LABORATORY NETWO | 035 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TRANSWORLD SYSTEMS | 037 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WAYNE COUNTY ANESTHESIA A | 038 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WAYNE COUNTY ANESTHESIA A | 039 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WAYNE HEALTH MEDICAL CLIN | 041 | Unsecured | 91.17 | 1.93 | 0.00 | 89.24 |
| WAYNE HEALTH SURGICAL ASS | 042 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| WAYNE MEMORIAL HOSPITAL | 043 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WAYNE MEMORIAL HOSPITAL | 044 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WAYNE MEMORIAL HOSPITAL | 045 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WAYNE PHARMACY, INC | 046 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |

# United States Bankruptcy Court
For The
Eastern District of North Carolina New Bern Division

| | |
|---|---|
| BRENT FRANKLIN & TAMMY JACKSON GURLEY | Case No.: 16-03444-5-DMW |
| 730 RODELL BARROW ROAD | SS #1: XXX-XX-3184 |
| LA GRANGE, NC 28551 | SS #2: XXX-XX-8333 |

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | The Plan was confirmed on | MO. | DAY | YR. | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 07 | 01 | 16 | | 09 | 19 | 16 | | 01 | 07 | 21 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.           $ 68,026.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| WAYNE RADIOLOGIST, PA | 047 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WAYNE RADIOLOGIST, PA | 048 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ABSOLUTE COLLECTION SERVI | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ABSOLUTE COLLECTIONS | 002 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| AMERICAN MANAGEMENT ASSOC | 005 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| AMERICAN MANAGEMENT ASSOC | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| AT&T | 006 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CHASE RECEIVABLES | 009 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CARRINGTON MORTGAGE SERVI | 801 | Secured | 1,036.62 | 1,036.62 | 0.00 | 0.00 |
| CARRINGTON MORTGAGE SERVI | 802 | Secured | 1,319.00 | 1,319.00 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICE | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DIRECTV | 012 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ONLINE COLLECTIONS | 030 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| OPTIMUM OUTCOMES | 031 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| REVENUE CYCLE SOLUTIONS | 032 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SCA COLLECTION | 033 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WHITNEY MAXWELL | 050 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | 023 | Unsecured | 41.17 | 0.88 | 0.00 | 40.29 |
| ALLY FINANCIAL | 003 | Unsecured | 2,487.79 | 53.48 | 0.00 | 2,434.31 |
| WAYNE COUNTY TAX COLLECTO | 051 | Secured | 27.63 | 27.63 | 36.04 | 0.00 |
| OAK HARBOR CAPITAL OPPORT | 052 | Unsecured | 4,579.43 | 98.45 | 0.00 | 4,480.98 |
| SHAPRIO AND INGLE | 053 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |

# United States Bankruptcy Court
For The
Eastern District of North Carolina New Bern Division

| | |
|---|---|
| BRENT FRANKLIN & TAMMY JACKSON GURLEY | Case No.: 16-03444-5-DMW |
| 730 RODELL BARROW ROAD | SS #1: XXX-XX-3184 |
| LA GRANGE, NC 28551 | SS #2: XXX-XX-8333 |

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | | The Plan was confirmed on | MO. | DAY | YR. | | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 07 | 01 | 16 | | | 09 | 19 | 16 | | | 01 | 07 | 21 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.                    $ 68,026.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| BRENT FRANKLIN & TAMMY JA | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 54,879.53 | 1,057.98 | 16,211.81 | 0.00 | 0.00 | 72,149.32 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 54,879.53 | 1,057.98 | 348.55 | 0.00 | 0.00 | 56,286.06 | |
| INTEREST PAID | 3,534.15 | 0.00 | 0.00 | 0.00 | 0.00 | 3,534.15 | 59,820.21 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| ROBERT E FULLER JR | 5,150.00 | 5,150.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 2,066.49 | 989.30 | 0.00 | 3,055.79 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated: 07/20/2021                                           Joseph A. Bledsoe, III, Chapter 13 Trustee
                                                            P.O. Box 1618
                                                            New Bern, NC  28563